[No. 5304–7–II.   Division Two.   March 2, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
LEN HARPER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 58079, Donald H. Thompson, J., entered
December 23, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 4566–4–II.   Division Two.   March 2, 1983.]

THE CITY OF ABERDEEN, *Respondent,* v. HERBERT
FOVARGUE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 70656, John H. Kirkwood, J., entered
December 27, 1980. *Affirmed* by unpublished opinion per
Petrie, J., concurred in by Petrich, C.J., and Worswick, J.

[No. 5786–7–II.   Division Two.   March 3, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY
JOEL DeSOUSA, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 7402, Milton R. Cox, J., entered August 10,
1981. *Dismissed* by unpublished opinion per Petrich, C.J.,
concurred in by Petrie and Reed, JJ.

[No. 5072–2–II.   Division Two.   March 4, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. CARL
THOMAS CHAPMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. C–886, Frank E. Baker, J., entered October 10,
1980. *Affirmed* by unpublished opinion per Petrie, J., con-
curred in by Petrich, C.J., and Reed, J.